**FILED**

November 19, 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Mark Borchardt_____

DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

**STANDING ORDER REGARDING
NOTICE OF READINESS FOR SCHEDULING CONFERENCE IN PATENT CASES**

In all patent cases pending before the undersigned, after all Defendants have responded to
the initial pleadings (whether by Answer or Motion), the Parties are directed to meet-and-confer
within seven (7) days of the last[1] Answer or Motion in response to the Original Complaint to
discuss any pre-*Markman* issues and the Parties shall jointly file the Case Readiness Status
Report ("CRSR") in the format attached as Exhibit A promptly thereafter.  Plaintiff shall be
responsible for ensuring the prompt filing of the CRSR. Plaintiff shall also email the Court
(TXWDml_LawClerks_JudgeAlbright@txwd.uscourts.gov) a courtesy copy of the CRSR and
shall also copy the Defendants.

**SIGNED** this 19th day of November, 2020.

_____

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

---

[1] By "last," the Court is only referring to the (1) last defendant in a single case with multiple defendants or the (2) last defendant in a set of related cases to answer or otherwise respond.

**VERSION 2.0**

# Exhibit A

**VERSION 2.0**

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

**[Plaintiff],**

       Plaintiff

       v.

**[Defendant],**

       Defendant

**Case No. 6:20-cv-00000-ADA**

**JURY TRIAL DEMANDED**

## CASE READINESS STATUS REPORT

    Plaintiff [name] and Defendant [name(s)], hereby provide the following status report in advance of the initial Case Management Conference (CMC).

## FILING AND EXTENSIONS

    Plaintiff's Complaint was filed on [filing date]. There have been [one/two]  extension[s] for a total of __ days.

## RESPONSE TO THE COMPLAINT

[Indicate if/when the defendant(s) responded to the Complaint, whether it was an Answer or Motion, and whether any counterclaims were filed other than counterclaims for non-infringement or invalidity]

## PENDING MOTIONS

[Identify all pending motions]

## RELATED CASES IN THIS JUDICIAL DISTRICT

    [Identify all related cases in this Judicial District, including any other cases where a common patent is asserted]

**VERSION 2.0**

## IPR, CBM, AND OTHER PGR FILINGS

[There are no known IPR, CBM, or other PGR filings.] [Or]

ALT: IPR2020-00000 was filed on _____ and docketed on _____. A Final Written decision is expected on or before _____.]

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted [Num Patents] patent[s] and a total of [Num Claims] claims.

[If a Plaintiff has already served Preliminary Infringement Contentions ("PICs"), note the date of service.  Note: Per the Court's Order Governing Proceeding, Plaintiff must serve PICs no later than 7 days before the CMC]

## APPOINTMENT OF TECHNICAL ADVISER

[Indicate whether the parties request a technical adviser to be appointed to the case to assist the Court with claim construction or other technical issues]

## MEET AND CONFER STATUS

Plaintiff and Defendant met and conferred. [The parties have no pre-Markman issues to raise at the CMC.] or  [The parties identified the following pre-Markman issues to raise at the CMC [list].

Dated: _____

Respectfully Submitted

*/s/*_____

**VERSION 2.0**