AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**OPTIC153 LLC,**
*Plaintiff*

V.    Civil Action No. **6:21−CV−00088−ADA**

**AT&T INC., ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  **AT&T Services, Inc.**
    **c/o its Registered Agent**
    **CT Corporation System**
    **1999 Bryan St., Ste. 900**
    **Dallas, Texas 75201**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

    **Alex Chan**
    **Devlin Law Firm**
    **1526 Gilpin Avenue**
    **Wilmington, DE 19806**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT

**s/LEIGH ANNE DIAZ**
DEPUTY CLERK

**ISSUED ON 2021−01−29 15:19:45**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:21–CV–00088–ADA

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

    This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐   I personally served the summons on the individual at *(place)* _____
     _____ on *(date)* _____; or

☐   I left the summons at the individual's resident or usual place of abode with *(name)* _____
     _____, a person of suitable age and discretion who resides there,
     on *(date)* _____, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* _____, who is
     designated by law to accept service of process on behalf of *(name of organization)* _____
     _____ on *(date)* _____; or

☐   I returned the summons unexecuted because _____; or

☐   Other (specify): _____
     _____
     _____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____         _____
                                                   *Server's signature*

                                                   _____
                                                     *Printed name and title*

                                                   _____
                                                     *Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____